July 19, 2015

The Honorable Jeffrey D. Kyle
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

RE:  Appeal No.  03-15-00330-CR

Mr. Kyle,

Please accept this letter as a notification of an address change. On 7/14/15 I was transferred from Eastham Unit to Cleveland Correctional Center, P.O. Box 1678, Cleveland, TX 77328. On this same day, I was notified that I had incoming "legal mail". However, the transfer made it impossible for me to obtain this material.

I have matters pending in multiple courts, therefore, I am unsure which one sent this particular correspondence. TDCJ-ID's mail forwarding system is a rather timely process. I understand that this court operates on precise procedures and time constraints. Therefore, if you have sent me any correspondence within this time frame, I request that you please send a copy of this material to my current address.

All your efforts in this matter are highly appreciated. Thank you.

RECEIVED
JUL 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Respectfully,
Cedric B. Walton
CEDRIC BERNARD WALTON #763216
CLEVELAND CORRECTIONAL CENTER
PO BOX 1678
CLEVELAND, TEXAS 77328

CEDRIC R. WALTON #763216
CLEVELAND CORRECTIONAL CENTER
PO BOX 1678
CLEVELAND, TEXAS 77328

LEGAL MAIL

NORTH HOUSTON TX 773
29 JUN 2015 PM 5 L

HONORABLE JEFFREY D. KYLE, CLERK
THIRD DISTRICT OF TEXAS
PO BOX 12547
AUSTIN, TX 78711 - 2547

FOREVER USA